IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-62-D

| | | |
|---|---|---|
| NORTH AMERICAN SPECIALITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| UNITED BUILDERS GROUP, LLC, J.E. DILLAHUNT & ASSOCIATES, INC., JIMMY E. DILLAHUNT, a/k/a JIMMY E. DILLAHUNT, SR., and JANIE B. DILLAHUNT, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| v. | ) ) | |
| JAMES DILLAHUNT, JR., CADET CONSTRUCTION COMPANY, INC., and ENEMOS, INC., | ) ) ) ) | |
| Third-Party Defendants. | ) | |

On October 10, 2017, defendants J.E. Dillahunt & Associates, Inc., Jimmy E. Dillahunt, a/k/a Jimmy E. Dillahunt, Sr., and Janie B. Dillahunt moved to amend their cross claim and third-party claim [D.E. 44]. See Fed. R. Civ. P. 15(a)(2). The court GRANTS the motion [D.E. 44]. Defendants shall file their amended cross claim and third-party claim not later than November 16, 2017. Other parties may plead in response in accordance with Federal Rule of Civil Procedure 15(a)(3). The motion to dismiss [D.E. 37] is DISMISSED as moot.

SO ORDERED. This 9 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge