UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) ) v. ) ) UNITED BUILDERS GROUP, LLC, J.E. ) DILLAHUNT & ASSOCIATES, INC., JIMMY ) E. DILLAHUNT, and JANIE B. DILLAHUNT, ) ) Defendants. ) | **JUDGMENT IN A CIVIL CASE** **CASE NO. 5:17-cv-62-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on August 20, 2018 the court GRANTED in part and DENIED in part the motion to dismiss [D.E. 49]. With respect to the crossclaim, the court DISMISSED without prejudice the crossclaim for contribution against UBG, but the crossclaim for indemnity and unjust enrichment against UBG survive. With respect to the third-party complaint, the court DISMISSED without prejudice the claim for breach of contract of the FCA, but the remaining claims in the third-party complaint survive.

**IT IS FURTHER ORDERED AND DECREED** that on December 6, 2018 the parties stipulated to the dismissal with prejudice of Senior and JED's Amended Crossclaim against UBG (D.E. 44); Senior's Amended Third Party Complaint against the Junior Parties (D.E. 44); Junior's Third Party Counterclaim against Senior (D.E. 71); and UBG's Counterclaim against Senior and JED (D.E. 72).

**IT IS FURTHER ORDERED AND DECREED** that on December 21, 2018 the court GRANTED NAS's motion for partial summary judgment [D.E. 55].

**IT IS FURTHER ORDERED AND DECREED** that on April 2, 2019 the court GRANTED the parties' Motion for leave of Court to Voluntarily Dismiss the Remaining Counts of the Complaint [D.E. 80].

**This Judgment Filed and Entered on April 2, 2019, and Copies To:**

| | |
|---|---|
| James M. Hash | (via CM/ECF electronic notification) |
| Joseph Henry Wolenski, III | (via CM/ECF electronic notification) |
| DeWitte Thompson | (via CM/ECF electronic notification) |
| John David Alexander | (via CM/ECF electronic notification) |

| Joseph B. Chambliss, Jr. | (via CM/ECF electronic notification) |
| Ernest C. Richardson, IV | (via CM/ECF electronic notification) |
| James M. Ayers, II | (via CM/ECF electronic notification) |
| Joshua M. Hiller | (via CM/ECF electronic notification) |

DATE:                                          PETER A. MOORE, JR., CLERK

April 2, 2019                         (By) /s/ Nicole Sellers

                                                                  Deputy Clerk