IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED BUILDERS GROUP, LLC; J.E. DILLAHUNT & ASSOCIATES, INC.; JIMMY E. DILLAHUNT, a/k/a Jimmy E. Dillahunt, Sr.; and JANIE B. DILLAHUNT,<br><br>Defendants. | Case No.: 5:17-cv-00062-D |

## **FINAL JUDGMENT**

The Court has ordered that Plaintiff North American Specialty Insurance Company recover from the Defendants, United Builders Group, LLC, J.E. Dillahunt & Associates, Inc., Jimmy E. Dillahunt and Janie B. Dillahunt, jointly and severally, the amount of $926,337.68, plus post judgment interest at the legal rate. Final judgment is hereby separately set out in that amount against said Defendants.

SO ORDERED. This 25 day of July 2019.

JAMES C. DEVER III
United States District Judge