IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-62-D

| | |
|---|---|
| NORTH AMERICAN SPECIALITY INSURANCE COMPANY, Plaintiff, v. UNITED BUILDERS GROUP, LLC; J.E. DILLAHUNT & ASSOCIATES, INC.; JIMMY E. DILLAHUNT, a/k/a Jimmy E. Dillahunt, Sr.; and JANIE B. DILLAHUNT, Defendants, v. JAMES DILLAHUNT, JR.; CADET CONSTRUCTION COMPANY, INC.; and ENEMENOS, INC., Third-Party Defendants. | **ORDER** |

This matter is before the clerk on plaintiff's motions for writ of execution [DE-87; DE-88] and motion for issuance of notice of rights to have claims designated [DE-89]. The motions are denied without prejudice as prematurely filed. See Fed. R. Civ. P. 62(a). Any future motion for issuance of writ of execution must be accompanied by a proposed writ of execution that specifies the defendant against whom the writ is issued and be completed, including specifying the interest to date. Any future motion for issuance of notice of rights to have claims designated must also be accompanied by a propose notice of rights form, and the caption on the notice to claim exempt property must also be completed.

SO ORDERED. This the 23 day of August, 2019.

Peter A. Moore, Jr.
Clerk of Court